IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
00 JAN 26 AM 10:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
JAN 2 6 2000

TYRICE D. JACKSON,            )
                              )
       Plaintiff,             )
                              )
vs.                           )   CV 99-H-2780-S
                              )
JERRY STUDDARD, Sheriff;      )
MARCUS GOOVER, Jail Administrator; )
CLINTON, Officer; and         )
CARLOS BROOKS, Inmate,        )
                              )
       Defendants.            )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 10, 2000, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted. The plaintiff filed objections to the report and recommendation on January 21, 2000.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is

ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

DATED this 26th day of January, 2000.

JAMES H. HANCOCK
UNITED STATES DISTRICT JUDGE